# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR134 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | FINAL ORDER OF FORFEITURE |
| ADAM M. CROM, | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 49). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On November 18, 2009, the Court entered a Preliminary Order of Forfeiture under 26 U.S.C. §§ 5854(C), 5861(d), 5871, 18 U.S.C. §§ 922(g)(1), 924(d), and 28 U.S.C. §§ 2461(c) and 5872, based on the Defendant's guilty plea to Counts I, II and III of the Indictment. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Mossberg 12 gauge shotgun, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on November 20, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on January 20, 2010 (Filing No. 48).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 49) is hereby sustained.

B. All right, title and interest in and to the Mossberg 12 gauge shotgun, held by any person or entity, is hereby forever barred and foreclosed.

C. The Mossberg 12 gauge shotgun, be, and the same hereby is, forfeited to the United States of America .

D. The United States Bureau of Alcohol, Tobacco, Firearms and Explosives for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 17th day of February, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge